## A08A2126. DIXON v. THE STATE.
### (695 SE2d 299)

JOHNSON, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *State v. Dixon*, 286 Ga. 706 (691 SE2d 207) (2010), our decision in *Dixon v. State*, 296 Ga. App. 716 (675 SE2d 500) (2009), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed. Phipps, P. J., and Barnes, P. J., concur.*

DECIDED APRIL 22, 2010.

*Robert H. Citronberg, Joseph S. Habachy*, for appellant.

*Gwendolyn Keyes Fleming, District Attorney, Daniel J. Quinn, Assistant District Attorney*, for appellee.